```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-7260
      Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONALD DEAN COY, <br><br> Plaintiff, <br><br> v. <br><br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 03-05082 SBA <br><br> STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay THREE THOUSAND EIGHT HUNDRED DOLLARS ($3,800.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

>      GERI KAHN
> 400 MONTGOMERY ST., STE 810
>    SAN FRANCISCO, CA 94104
> (415) 397-5446 FAX: (415) 392-8208
>        gkahn@pacbell.net

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

3. Payment of the THREE THOUSAND EIGHT HUNDRED DOLLARS ($3,800.00) EAJA

fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, or costs as a result of this court action.

Dated: June 1, 2006         /s/
                            GERI N. KAHN
                            Attorney for Plaintiff

                            KEVIN V. RYAN
                            United States Attorney

Dated: June 1, 2006    By:  /s/
                            SARA WINSLOW
                            Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 9/21/06              _____
                            SAUNDRA B. ARMSTRONG
                            United States District Judge

COY, EAJA STIP (jf)
C 03-05082 SBA                          2